UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HUDSON,

                    Plaintiff,             Case no. 09-14109

v.

                              HON. JOHN CORBETT O'MEARA.

WRIGHT WADE, et al.,

                    Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Paul Komives's report and recommendation dated September 23, 2011. Having thoroughly reviewed the report and recommendation,

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.

IT IS FURTHER ORDERED that Defendants' December 17, 2010 motion for summary judgment is GRANTED.

                    s/John Corbett O'Meara
                    United States District Judge

Date: September 29, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, September 29, 2011, using the ECF system, and upon Plaintiff at Lakeland Correctional Facility, 141 First Street, Coldwater, Michigan 49036 by first-class U.S. mail.

                    s/William Barkholz
                    Case Manager