UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HUDSON,

        Plaintiff,

v.

WRIGHT WADE, *et. al*.,

        Defendants.

_____/

Case No. 09-14109

Honorable John Corbett O'Meara

## <u>ORDER DENYING PLAINTIFF'S MOTION TO DELAY</u>

On September 19, 2012, plaintiff David Hudson filed his Motion to Delay Final Consideration of Defendants Motions for Summary Judgement Until the Court Reconsiders Plaintiffs Rule 56(d) Motion for Discovery. No response was filed and no oral argument was heard.

Pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, courts have broad discretion to deny such motion. <u>See</u> <u>Siggers v. Campbell</u>, 652 F.3d 681 (6th Cir. 2011). In this case the court finds that the additional discovery sought by plaintiff Hudson would not be determinative to this court's adoption of the magistrate judge's report and recommendation that recommended granting Defendants' summary judgment motions. Therefore, it is hereby **ORDERED** that plaintiff's Hudson's September 19, 2012 motion is **DENIED.**

s/John Corbett O'Meara
United States District Judge

Date: September 27, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 27, 2012, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager