UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID HUDSON,

        Plaintiff,

Case No. 09-14109

Honorable John Corbett O'Meara

v.

WRIGHT WADE, *et. al.*,

        Defendants.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE KOMIVES' AUGUST 30, 2012
REPORT AND RECOMMENDATION**

    Pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(B), and Local Rule 72.1(b)(E.D. Mich. March 1, 2010), the court has reviewed Magistrate Judge Komives' August 30, 2012 Report and Recommendation, as well as plaintiff David Hudson's September 19, 2012 objections filed thereto. After conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

    Accordingly, it is hereby **ORDERED** that Magistrate Judge Komives' August 30, 2012 Report and Recommendation is **ADOPTED.**

    It is further **ORDERED** that defendant Sherry Cureton's September 19, 2011 Motion for Summary Judgment is **GRANTED.**

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date: September 27, 2012

     I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 27, 2012, using the ECF system and/or ordinary mail.

                                                                        s/William Barkholz
                                                                        Case Manager